

Robin S. Weiss
*Attorney at Law*
Direct Dial: 215.864.8086
Direct Fax: 215.523.9714
rweiss@conradobrien.com

July 2, 2020

Clerk of the Court
U.S. District Court for the District of Guam
520 West Soledad Avenue, 4th Floor
Hagatna, GU 96910

RE: SEC v. Smith, et al. Civ. No. 2:19-cv-17213-MCA (D.N.J.)

To the Clerk of the Court:

Enclosed for filing pursuant to 28 U.S.C. §754 is a Notice of Filing of Complaint and Order Appointing Receiver, that has been entered in the United States District Court for the District of New Jersey. Federal statute requires that we file notice of the appointment of the Receiver in any jurisdiction where assets potentially belonging to the receivership may reside. Therefore, enclosed for filing please find:

- Civil Cover Sheet (Form JS 44);
- Notice of the Filing of Complaint and Order Appointing Receiver Pursuant to 28 U.S.C. §754, with Complaint (without attachments) and Order Appointing Receiver attached as exhibits;
- Copy of the Notice of the Filing of Complaint and Order Appointing Receiver Pursuant to 28 U.S.C. §754, without exhibits, to be stamped and returned;
- A self-addressed stamped envelope for return copy; and
- A check for $47.00, the standard Miscellaneous filing fee

Please return to us the copy of the date-stamped Notice in the enclosed envelope once it has been assigned a miscellaneous docket number. Please do not hesitate to contact me if you have any questions regarding this filing. Your attention to this matter is greatly appreciated.

Very truly yours,

Robin S. Weiss, Esq.

RSW/Encs.

**RECEIVED JUL 06 2020 DISTRICT COURT OF GUAM HAGÅTÑA, GUAM**

1500 Market Street, Centre Square | West Tower, Suite 3900 | Philadelphia, PA 19102-2100
Tel: 215.864.9600 | Fax: 215.864.9620 | www.conradobrien.com

Case 1:20-mc-00013   Document 1-3   Filed 07/06/20   Page 1 of 2

**CONRAD O'BRIEN PC**

cc: Kelly L. Gibson (by e-mail, with enclosures)
    Scott A. Thompson (by e-mail, with enclosures)
    John V. Donnelly III (by e-mail, with enclosures)
    Mark R. Sylvester (by e-mail with enclosures)
    Brenda Smith (by first class mail, with enclosures)